**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34716 |
| | § | |
| DONNITA DOTSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/13/2015. The undersigned trustee was appointed on 10/13/2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                      $3,456.00

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $17.56 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $760.32 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $2,678.12 |

   The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/29/2016 and the deadline for filing government claims was 06/29/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $673.92. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $673.92, for a total compensation of $673.92$^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $15.76, for total expenses of $15.76.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/23/2017                                 By:   /s/ David P. Leibowitz
                                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1      Exhibit A

| | |
|---|---|
| **Case No.:** | 15-34716 |
| **Case Name:** | DOTSON, DONNITA |
| **For the Period Ending:** | 1/23/2017 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/13/2015 (f) |
| **§341(a) Meeting Date:** | 12/02/2015 |
| **Claims Bar Date:** | 06/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash | $100.00 | $0.00 | | $0.00 | FA |
| 2  Televisions, Furniture | $2,000.00 | $0.00 | | $0.00 | FA |
| 3  Clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  2011 Chevrolet Impala | $11,600.00 | $0.00 | | $0.00 | FA |
| 5  Unscheduled 2015 Tax Refund          (u) | $0.00 | $2,695.68 | | $3,456.00 | FA |
| **Asset Notes:**      $760.32 is Debtor's pro-rated portion of 2015 tax refund. | | | | | |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$15,200.00          $2,695.68          $3,456.00          $0.00

**Major Activities affecting case closing:**

06/30/2016      2016 Reporting Period:

Asset: unscheduled 2015 tax refund

Claims bar date: 6/29/16

Case fully administered and claims reviewed.

Ready for TFR

**Initial Projected Date Of Final Report (TFR):**      01/31/2017      **Current Projected Date Of Final Report (TFR):**      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Page No: 1        Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-34716 | |
| **Case Name:** | DOTSON, DONNITA | |
| **Primary Taxpayer ID #:** | **-***1719 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/13/2015 | |
| **For Period Ending:** | 1/23/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1601 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/28/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $3,456.00 | | $3,456.00 |
| | {5} | | Estate Portion of Unscheduled 2015 Income Tax Refund $2,695.68 | 1224-000 | | | $3,456.00 |
| | {5} | | Debtor's Pro-Rated Portion of Unscheduled 2015 Income Tax Refund $760.32 | 1224-002 | | | $3,456.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.35 | $3,455.65 |
| 03/31/2016 | 3001 | DONNITA DOTSON | Debtor's Pro-Rated Portion of Unscheduled 2015 Income Tax Refund | 8100-002 | | $760.32 | $2,695.33 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.50 | $2,690.83 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $2,686.63 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.19 | $2,682.44 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,678.12 |
| | | | **TOTALS:** | | $3,456.00 | $777.88 | $2,678.12 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,456.00 | $777.88 | |
| | | | **Less: Payments to debtors** | | $0.00 | $760.32 | |
| | | | **Net** | | $3,456.00 | $17.56 | |

**For the period of  10/13/2015 to 1/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,695.68 |
| Total Non-Compensable Receipts: | $760.32 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.56 |
| Total Non-Compensable Disbursements: | $760.32 |
| Total Comp/Non Comp  Disbursements: | $777.88 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 03/28/2016 to 1/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,695.68 |
| Total Non-Compensable Receipts: | $760.32 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17.56 |
| Total Non-Compensable Disbursements: | $760.32 |
| Total Comp/Non Comp  Disbursements: | $777.88 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34716 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOTSON, DONNITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1719 | Checking Acct #: | ******1601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/23/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,456.00 | $777.88 | $2,678.12 |

**For the period of 10/13/2015 to 1/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,695.68 |
| Total Non-Compensable Receipts: | $760.32 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $17.56 |
| Total Non-Compensable Disbursements: | $760.32 |
| Total Comp/Non Comp Disbursements: | $777.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2015 to 1/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,695.68 |
| Total Non-Compensable Receipts: | $760.32 |
| Total Comp/Non Comp Receipts: | $3,456.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $17.56 |
| Total Non-Compensable Disbursements: | $760.32 |
| Total Comp/Non Comp Disbursements: | $777.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIMS ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 15-34716 | | Trustee Name: David Leibowitz |
|---|---|---|---|
| Case Name: | DOTSON, DONNITA | | Date: 1/23/2017 |
| Claims Bar Date: | 06/29/2016 | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,726.02 | $0.00 | $0.00 | $0.00 | $1,726.02 |
| 3 | CAPITAL ONE AUTO FINANCE, a division of Capital One NA P.O. Box 201347 Arlington TX 76006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,052.84 | $0.00 | $0.00 | $0.00 | $7,052.84 |
| 2 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $416.40 | $0.00 | $0.00 | $0.00 | $416.40 |
| 5 | CUSTOM COLLECTION SERVICES INC PO Box 10428 Merrillville IN 46411 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $380.64 | $0.00 | $0.00 | $0.00 | $380.64 |
| | DAVID LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $673.92 | $0.00 | $0.00 | $0.00 | $673.92 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $15.76 | $0.00 | $0.00 | $0.00 | $15.76 |
| 1 | NORTHERN INDIANA PUBLIC SERVICE COMPANY NIPSCO 801 E 86TH AVE MERRILLVILLE IN 46410 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $54.70 | $0.00 | $0.00 | $0.00 | $54.70 |
| | | | | | $10,320.28 | $0.00 | $0.00 | $0.00 | $10,320.28 |

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 15-34716 |
|---|---|
| Case Name: | DOTSON, DONNITA |
| Claims Bar Date: | 06/29/2016 |

**Trustee Name:** David Leibowitz

**Date:** 1/23/2017

## CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $9,214.20 | $9,214.20 | $0.00 | $0.00 | $0.00 | $9,214.20 |
| Payments to Unsecured Credit Card Holders | $416.40 | $416.40 | $0.00 | $0.00 | $0.00 | $416.40 |
| Trustee Compensation | $673.92 | $673.92 | $0.00 | $0.00 | $0.00 | $673.92 |
| Trustee Expenses | $15.76 | $15.76 | $0.00 | $0.00 | $0.00 | $15.76 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        15-34716
Case Name:       DONNITA DOTSON
Trustee Name:    David P. Leibowitz

Balance on hand:            $2,678.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:            $0.00
Remaining balance:            $2,678.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David Leibowitz, Trustee Fees | $673.92 | $0.00 | $673.92 |
| David P. Leibowitz, Trustee Expenses | $15.76 | $0.00 | $15.76 |

Total to be paid for chapter 7 administrative expenses:            $689.68
Remaining balance:            $1,988.44

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:            $0.00
Remaining balance:            $1,988.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:            $0.00
Remaining balance:            $1,988.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (5/1/2011)

Timely claims of general (unsecured) creditors totaling $9,630.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | NORTHERN INDIANA PUBLIC SERVICE COMPANY | $54.70 | $0.00 | $11.30 |
| 2 | Capital One Bank (USA), N.A. | $416.40 | $0.00 | $85.97 |
| 3 | Capital One Auto Finance, | $7,052.84 | $0.00 | $1,456.21 |
| 4 | American InfoSource LP as agent for | $1,726.02 | $0.00 | $356.37 |
| 5 | Custom Collection Services Inc | $380.64 | $0.00 | $78.59 |

Total to be paid to timely general unsecured claims:      $1,988.44
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00
Remaining balance:      $0.00

UST Form 101-7-TFR (5/1/2011)